AO 440 (Rev. 12/09) Summons in a Civil Action

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 27 2017 ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Julie Somerset, individually and on behalf of all others similarly situated<br>*Plaintiff*<br>v.<br>Stephen Einstein & Associates, P.C. and Stephen Einstein<br>*Defendant* | Civil Action No.<br>CV-17 7539 |

SUMMONS IN A CIVIL ACTION

SPATT, J.

LINDSAY, M.J.

To: *(Defendant's name and address)* Stephen Einstein
39 Broadway, Suite 1250
New York, NY 10006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
(631) 669-0921

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: DEC 27 2017

*Signature of Clerk or Deputy Clerk*