UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Julie Somerset, individually and on behalf of all others
similarly situated,

Index No.:  2:17-cv-07539

Plaintiffs,

-against-

Stephen Einstein & Associates, P.C. and Stephen Einstein,

Defendants

## **DEFENDANT STEPHEN EINSTEIN & ASSOCIATES, P.C.'S CORPORATE DISCLOSURE**

Defendant, Stephen Einstein & Associates, P.C., hereby makes the following Corporate
Disclosure Statement:

1.  Stephen Einstein & Associates, P.C. has no parent company.

2.  No stock is publicly held.

Dated: New York, New York
       March 26, 2018

Yours, etc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/S/

By: _____
                    Joseph L. Francoeur
                    Michelle L. Vizzi
                    *Attorneys for Defendants Stephen Einstein &*
                    *Associates, P.C. and Stephen Einstein*
                    150 East 42nd Street
                    New York, New York 10017-5639
                    p.: (212) 915-3000
                    f.: (212) 490-3038
                    File No.: 18119.00007

8870357v.1