# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)                           26 Broadway, 21st Floor
                                                                      New York, NY 10004
                                                                      Phone: (212) 248-7906
                                                                      Fax:    (212) 248-7908

March 29, 2018

<u>Via ECF</u>
Honorable Arthur D. Spatt, U.S.D.J.
Alphonse M. D'Amato Federal Courthouse
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Somerset v. Stephen Einstein & Associates, P.C. and Stephen Einstein*
            <u>Case No. 17-CV-7539 (ADS)(ARL)</u>

Dear Judge Spatt:

I represent the Plaintiff in the above matter. The Defendants have filed a motion to Dismiss the Complaint under Rule 12. I am writing to request an extension of time to respond to the Defendant's motion until April 30, 2017. I have been incapacitated with a broken shoulder for the past five weeks and, therefore, I am backlogged with work. Additionally, I am about to go on a pre-planned vacation for the Jewish holiday.

The Defendants' attorney has graciously consented to the adjournment.

Respectfully,

<u>/s/ Brian L. Bromberg</u>

Brian L. Bromberg

    cc:    All Attorneys of Record (Via ECF)