UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

**Julie Somerset, individually and on behalf of all others similarly situated**

                             **Plaintiffs**

Docket No.  17-cv-07539
           (ADS)(ARL)

-against-

                             **Defendants**

**Stephen Einstein & Associates, P.C. and Stephen Einstein**

_____ X

## NOTICE OF MOTION

     Please take notice that the Plaintiff in this matter on the basis of the supporting papers accompanying this notice shall move this Court for an Order granting leave for Plaintiff to file the attached Amended Complaint.

Dated: West Islip, NY
         April 20, 2018

THE PLAINTIFF
Joseph Mauro, Esq.
The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
(631) 669-0921

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ X

**Julie Somerset, individually and on behalf of all others similarly situated**

**Plaintiffs**

**Docket No.** 17-cv-07539
(ADS)(ARL)

-against-

**Defendants**

**Stephen Einstein & Associates, P.C. and Stephen Einstein**

_____X

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff moves for leave of the Court to file the Amended Complaint as accompanying this motion as Exhibit A.

Dated:  April 20, 2018
        West Islip, NY

THE PLAINTIFF, by

Joseph Mauro, Esq.
The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
(631) 669-0921

2