

April 26, 2018

**Joseph L. Francoeur**
212.915.5638 (direct)
212.490.3038 (fax)
Joseph.francoeur@wilsonelser.com

*Via ECF*

Hon. Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      RE:   *Somerset v. Stephen Einstein & Associates, P.C. and Stephen Einstein*
              Index No.  :  2:17-cv-7539
              Our File No.  :  18119.00007

Dear Judge Spatt:

      We represent the defendants in the above captioned matter. We write to request an extension of our time to reply to Plaintiff's Opposition to our Motion to Dismiss. Plaintiff filed her Opposition and a Motion to Amend the Complaint on April 20, 2018. Pursuant to the Federal Rules of Civil Procedure, defendants' response is due on April 27, 2018. We respectfully request that defendants be granted an extension until May 4, 2018 to submit their reply. This is the defendants' first request for an extension of time. We have spoken to Plaintiff's counsel and they have consented to the extension.

                              Respectfully submitted,

                       WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP


                                       /S/
                             _____
                                Joseph L. Francoeur

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London
Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia
Washington, DC • West Palm Beach • White Plains
wilsonelser.com

8977241v.1