UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Julie Somerset, individually and on behalf of all others
similarly situated,

Index No. 2:17-cv-07539

Plaintiff,

vs.

**NOTICE OF APPEARANCE**

Stephen Einstein & Associates, P.C. and Stephen
Einstein,

Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X


PLEASE TAKE NOTICE that the undersigned has been retained as co-counsel for

Defendants, Stephen Einstein & Associates, P.C. and Stephen Einstein ("Defendants"), appears

herein, and requests that a copy of all notices and other papers be served upon the undersigned.


Dated: New York, New York
       April 26, 2018


BLANK ROME LLP
*Attorneys for Defendants*


By:   /s/ Hilary F. Korman
      Hilary F. Korman
      The Chrysler Building
      405 Lexington Avenue
      New York, NY 10174-0208
      (212) 885-5118
      hkorman@blankrome.com