UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Julie Somerset, individually and on behalf of all others similarly situated,

                Plaintiff,

    vs.

Stephen Einstein & Associates, P.C. and Stephen Einstein,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 2:17-cv-07539

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned has been retained as co-counsel for Defendants, Stephen Einstein & Associates, P.C. and Stephen Einstein ("Defendants"), appears herein, and requests that a copy of all notices and other papers be served upon the undersigned.

Dated: New York, New York
       April 26, 2018

                            **BLANK ROME LLP**
                            *Attorneys for Defendants*

             By:   /s/ Scott E. Wortman
                      Scott E. Wortman
                      The Chrysler Building
                      405 Lexington Avenue
                      New York, NY 10174-0208
                      (212) 885-5359
                      swortman@blankrome.com